In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-00-388 CR


____________________



SHAUN MICHAEL WELCH, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 00-08-04868-CR






OPINION


 A jury found Shaun Michael Welch to be guilty of two counts of aggravated assault
on a public servant. Tex. Pen. Code Ann. §§ 22.01(a)(1), 22.02(a), (b)(2) (Vernon 1994
& Supp. 2001). The jury also made an affirmative finding of the use of a deadly weapon
in the commission of the offense. The jury found Welch to be a repeat offender and
assessed punishment on each count at fifty years of confinement in the Texas Department
of Criminal Justice, Institutional Division. 

 After appeal was perfected appellate counsel filed a brief in compliance with Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and High v. State,
573 S.W.2d 807 (Tex. Crim. App. 1978). The brief concludes no arguable error which
would support an appeal is presented, a conclusion with which we concur. On June 28,
2001, Welch was given an extension of time in which to file a pro se brief if he so desired. 
As of today, we have not received a response from the appellant.

 We have reviewed the clerk's record and the reporter's record, and find no arguable
error requiring us to order appointment of new counsel. See Stafford v. State, 813 S.W.2d
503, 511 (Tex. Crim. App. 1991). Accordingly, we affirm the judgment and sentence of
the trial court. 

 AFFIRMED.

 PER CURIAM


Submitted on December 11, 2001

Opinion Delivered December 19, 2001

Do Not Publish


Before Walker, C.J., Burgess and Gaultney, JJ.